IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JIBRI HASHIM BURGESS,          § | |
|     Plaintiff,          § | |
|         § | |
| v.          § | No. 3:25-CV-0806-D |
|         § | |
| CITY OF DALLAS, et al.,          § | |
|     Defendants.          § | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the court denies the motions for preliminary injunction filed on June 24, 2025 and July 4, 2025 (ECF Nos. 18 and 23).

**SO ORDERED**

August 21, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE